UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RUBEN PEREZ-CARDOZA,
           Plaintiff,
   v.                                      **Judgment in a Civil Case**
FAYE DANIELS,
           Defendant.                  Case Number: 5:12-CT-3018-F

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on May 2, 2012, with service on:
Ruben Perez-Cardoza 1012272 Pamlico Correctional Institution, 601 North 3rd Street, Bayboro, NC 28515 (via U.S. Mail)

May 2, 2012                                                 /s/ Julie A. Richards
                                                                     Clerk